```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                       FAYETTEVILLE DIVISION
```

CRIMINAL NO. 08-50026-005              USA v. KENIA CHAVARRIA

COURT PERSONNEL:                       APPEARANCES:

Judge: JIMM LARRY HENDREN              Govt. KENNY ELSER

Clerk: GAIL GARNER                     Deft. STEPHEN L. TAYLOR

Reporter: THERESA SAWYER               Interpreter: ANNE YANCEY

## SENTENCING MINUTE SHEET

On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Government moves for downward departure pursuant to 5K1.1 - 3 level departure awarded by the court.
- (X) Court expresses final approval of plea agreement.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Court proceeded to impose sentence as follows:

    51 months imprisonment; 3 years supervised release; $10,000.00 fine - interest waived

Criminal No. 08-50026-005

```
(X)   Defendant ordered to comply with standard conditions of
      supervised release.
(X)   Defendant denied federal benefits for 5 years.
(X)   Defendant ordered to pay total special assessment of
      $100.00, for count 6, which shall be due immediately.
(X)   On motion of government counts 1 & 2 of indictment
      and criminal forfeiture allegation dismissed.
(X)   Defendant advised of right to appeal sentence imposed.
(X)   Defendant advised of right to apply for leave to appeal
      in forma pauperis.
(X)   Appeal packet provided.
(X)   Defendant remanded to custody of U.S. Marshal.
```

DATE: JANUARY 23, 2009        Proceeding began: 9:01 am

                                           ended: 9:50 am